No. D–309. IN RE DISBARMENT OF MCCLELLAN. It is ordered that Oliver Barr McClellan, of Houston, Tex., be

suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.